

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00182-CV

Crystal **SMITH,**
Appellant

v.

Joseph **HICKMAN,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19228
Honorable Solomon Casseb III, Judge Presiding

## O R D E R

On July 9, 2019, appellee filed a Motion to Refer to Alternative Dispute Resolution and Stay the Appeal. In an order dated July 24, 2019, we ordered appellant to file a response to appellee's motion. On August 20, 2019, appellant filed a response in which appellant objects to appellee's motion.

Appellee's Motion to Refer to Alternative Dispute Resolution is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court